THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Basil Akbar, Appellant,
v.
State of South Carolina, Respondent.
 
 
 

Appeal From Richland County
 James R. Barber, Circuit Court Judge

Unpublished Opinion No. 2005-UP-342
Submitted May 1, 2005  Filed May 18, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chirf Deputy Attorney General John W. McIntosh and Assistant Attorney General Christopher L. Newton, Office of the Attorney General, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Basil Akbar pleaded guilty to murder in 1971 and was sentenced to life imprisonment.  Thereafter, Akbar was granted parole in April 1981.  In 1985, during two separate jury trials, Akbar was convicted of two counts of trafficking in cocaine, trafficking in marijuana, and possession with intent to distribute marijuana.  He was sentenced to consecutive sentences of twenty-five, fifteen, and ten years imprisonment.  In 2001, after several direct appeals and applications for post conviction relief, Akbar filed a writ of habeas corpus in circuit court.  Akbars writ of habeas corpus was dismissed on August 15, 2003.  Akbar appeals the dismissal of his writ of habeas corpus.  On appeal, counsel for Akbar has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), asserting that there are no meritorious grounds for appeal and requesting permission to withdraw from further representation.  Akbar filed a pro se response.  
After a thorough review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.[1]
 HEARN, C.J., BEATTY, and SHORT, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.